No. 864. FEDERAL TRADE COMMISSION v. HENRY BROCH & Co. Certiorari, *ante,* p. 923, to the United States Court of Appeals for the Seventh Circuit. The joint motion for leave to use record in No. 61, October Term, 1959, is granted. *Solicitor General Cox* for petitioner, and *Frederick M. Rowe* for respondent.

No. 1138, Misc. BENSINGER v. STEINER, WARDEN;
No. 1154, Misc. SAM v. RHAY, PENITENTIARY SUPERINTENDENT;
No. 1162, Misc. TAYLOR ET AL. v. VIRGINIA;
No. 1174, Misc. IN RE BOGISH; and
No. 1204, Misc. KONCHICK v. CERAUL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1073, Misc. DIMOND v. WYOMING ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 992, Misc. ARMSTRONG v. DISTRICT COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1101, Misc. BOARD OF PUBLIC INSTRUCTION OF DUVAL COUNTY, FLORIDA, ET AL. v. SIMPSON, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Fred H. Kent* and *Elliot Adams* for petitioners.

No. 892. LEHIGH VALLEY COOPERATIVE FARMERS, INC., ET AL. v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari granted. *Willis F. Daniels* and *Donn L. Snyder* for peti-

tioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States et al. *Walter F. Mondale,* Attorney General of Minnesota, and *Sydney Berde,* Deputy Attorney General, filed a brief for the State of Minnesota, as *amicus curiae,* in support of the petition.

No. 947. MANAGED FUNDS, INC., *v.* BROUK ET AL. C. A. 8th Cir. Certiorari granted. *R. Walston Chubb* for petitioner. *Forrest M. Hemker* and *William Stix* for respondents. *Solicitor General Cox, Walter P. North* and *Ellwood L. Englander* filed a brief for the Securities and Exchange Commission, as *amicus curiae,* in support of the petition.

No. 1020, Misc. LYNCH *v.* OVERHOLSER, HOSPITAL SUPERINTENDENT. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *Richard Arens* and *Lawrence Speiser* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall, Richard J. Medalie, Harold H. Greene* and *David Rubin* for respondent.

No. 641, Misc. CARNLEY *v.* COCHRAN, CORRECTIONS DIRECTOR. Motion for leave to proceed *in forma pauperis* granted. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari to the Supreme Court of Florida granted. Case transferred to the appellate docket. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *B. Clarke Nichols,* Assistant Attorney General, for respondent.